IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TROY J. ANDERSON, | ) | No. C 14-0509 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MARK A. PETERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court has dismissed the instant action.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____
          5/28/14

_____
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\CR.14\Anderson509jud.wpd